### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BETTY ADAMS, SHAKENA ADAMS, KENNETH ANDERSON, QUAYUANNA BILLS, JENNIFER BORKOWSKI, BARBARA BREWER, SYLVIA DEMETROULAKOS, PATRICK DUKES, CHARLES EVANS, and ALEX MATURANI, *Plaintiffs*, v. SANTANDER CONSUMER USA, INC., an Illinois corporation, *Defendant*. | Case No. 1:20-cv-03411 <br><br> Honorable Charles P. Kocoras <br><br> Magistrate Judge Heather K. McShain |

### JOINT NOTICE OF SETTLEMENT

Plaintiffs Betty Adams, Shakena Adams, Kenneth Anderson, Quayuanna Bills, Jennifer Borkowski, Barbara Brewer, Sylvia Demetroulakos, Patrick Dukes, Charles Evans, and Alex Maturani and Defendant Santander Consumer USA, Inc., by and through their respective attorneys, hereby provide notice to the Court that the parties have reached a settlement in principle that will fully resolve this matter. Once finalized, the parties will file a stipulation of dismissal.

Respectfully submitted,

**BETTY ADAMS, SHAKENA ADAMS, KENNETH ANDERSON, QUAYUANNA BILLS, JENNIFER BORKOWSKI, BARBARA BREWER, SYLVIA DEMETROULAKOS, PATRICK DUKES, CHARLES EVANS,** and **ALEX MATURANI,**

Dated: September 15, 2020

By: /s/ Schuyler Ufkes

Benjamin H. Richman

1

brichman@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Counsel for Plaintiffs*

**SANTANDER CONSUMER USA, INC.,**

Dated: September 15, 2020       By: /s/ Jamie D. Wells (with authorization)

Jamie D. Wells
McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Tel: (415) 844-1972
Fax: (415) 844-1915
jwells@mcguirewoods.com
*Admitted Pro Hac Vice* (ECF 10)

Amy Starinieri Gilbert
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Tel: (312) 849-8100
agilbert@mcguirewoods.com

*Counsel for Defendant
Santander Consumer USA Inc.*