# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BETTY ADAMS, SHAKENA ADAMS, KENNETH ANDERSON, QUAYUANNA BILLS, JENNIFER BORKOWSKI, BARBARA BREWER, SYLVIA DEMETROULAKOS, PATRICK DUKES, CHARLES EVANS, and ALEX MATURANI, <br><br> *Plaintiffs*, <br><br> v. <br><br> SANTANDER CONSUMER USA, INC., an Illinois corporation, <br><br> *Defendant*. | Case No. 1:20-cv-03411 <br><br> Honorable Charles P. Kocoras <br><br> Magistrate Judge Heather K. McShain |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Betty Adams, Shakena Adams, Kenneth Anderson, Quayuanna Bills, Jennifer Borkowski, Barbara Brewer, Sylvia Demetroulakos, Patrick Dukes, Charles Evans, and Alex Maturani (collectively, "Plaintiffs") and Defendant Santander Consumer USA Inc., by and through their undersigned attorneys, hereby stipulate and agree to dismiss the claims of Plaintiffs with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

**BETTY ADAMS, SHAKENA ADAMS, KENNETH ANDERSON, QUAYUANNA BILLS, JENNIFER BORKOWSKI, BARBARA BREWER, SYLVIA DEMETROULAKOS, PATRICK DUKES, CHARLES EVANS,** and **ALEX MATURANI**,

Dated: February 19, 2021        By: /s/ Schuyler Ufkes

1

        Benjamin H. Richman
        brichman@edelson.com
        Schuyler Ufkes
        sufkes@edelson.com
        EDELSON PC
        350 North LaSalle, 14th Floor
        Chicago, Illinois 60654
        Tel: (312) 589-6370
        Fax: (312) 589-6378

*Counsel for Plaintiffs*

**SANTANDER CONSUMER USA INC.,**

Dated: February 19, 2021          By: /s/ Jamie D. Wells

        Jamie D. Wells
        McGuireWoods LLP
        Two Embarcadero Center, Suite 1300
        San Francisco, CA 94111
        Tel: (415) 844-1972
        Fax: (415) 844-1915
        jwells@mcguirewoods.com
        *Admitted Pro Hac Vice* (ECF 10)

        Amy Starinieri Gilbert
        McGuireWoods LLP
        77 West Wacker Drive, Suite 4100
        Chicago, Illinois 60601
        Tel: (312) 849-8100
        agilbert@mcguirewoods.com

*Counsel for Defendant*
*Santander Consumer USA Inc.*